IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 19-cv-00790-KLM

HOWARD COHAN,

    Plaintiff,

v.

KNOWLIFE DEVELOPMENTS, LLC, a Colorado Limited Liability Company,

    Defendant.

---

## JUDGMENT

---

Pursuant to the offer of judgment served June 25, 2019, and the acceptance thereof filed June 26, 2019, with proof of service, and in accordance with Federal Rule of Civil Procedure 68, it is

ORDERED that judgment is hereby entered for Plaintiff Howard Cohan and against Defendant KnowLife Developments, LLC. Defendant will, on or before June 1, 2020, remedy the valid barriers to accessibility identified in the Complaint that are readily achievable and not subject to the safe harbor standard. In addition, the offer is exclusive of reasonable attorneys' fees, costs, and expenses to which Plaintiff may apply to the Court for, but to which Defendant reserves the right to contest and challenge.

DATED at Denver, Colorado this 8th day of July, 2019.

                BY THE CLERK:
                JEFFREY P. COLWELL, CLERK

        By:   s/L. Galera
              L. Galera, Deputy Clerk