IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:19-cv-00790-KLM

HOWARD COHAN

      Plaintiff,

v.

KNOWLIFE DEVELOPMENTS, LLC,

      Defendant.

## NOTICE OF SETTLMENT

Plaintiff Howard Cohan, and Defendant KnowLife Developments, LLC give notice of settlement of this matter. The parties request that all deadlines and other scheduled matters be vacated, and the parties given thirty (30) days to obtain signatures of each of the parties on their Settlement Agreement, effectuate the terms of the Settlement Agreement, and file dismissal papers.

Respectfully submitted August 28, 2019.

                                          */s/ Gloria Y. Saad*
                                          Gloria Y. Saad (MI Bar No. P83131)
                                          Blackmore Law PLC
                                          21411 Civic Center Drive, Suite 200
                                          Southfield, MI 48076
                                          Telephone: (833) 343-6743
                                          E-mail: gsaad@blackmorelawplc.com
                                          *Counsel for Plaintiff*