# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 1:19-cv-00790

HOWARD COHAN,

                    Plaintiff,

v.

KNOWLIFE DEVELOPMENTS, LLC,

              Defendant.

---

## NOTICE OF VOLUNTARY DISMISSAL UNDER FED. R. CIV. P. 41(a)(1)(A)(i) WITH PREJUDICE

---

Plaintiff, through his undersigned counsel, voluntary dismisses this action under Fed. R. Civ. P. 41(a)(1)(A)(i) with prejudice.

Respectfully Submitted,

BLACKMORE LAW PLC

*/s/ Gloria Y. Saad*

By: Gloria Y. Saad
    Blackmore Law PLC
    Attorney for Plaintiff
    21411 Civic Center Drive, Suite 200
    Southfield, MI 48076
    P: (248) 845-8594
    E: gsaad@blackmorelawplc.com
    P83131

Dated: September 28, 2019

1

**CERTIFICATE OF SERVICE**

I hereby certify that on September 27, 2019, I filed and served the foregoing

NOTICE OF VOLUNTARY DISMISSAL UNDER FED. R. CIV. P. 41(a)(1)(A)(i)

WITH PREJUDICE on all ECF participants via the court's CM/ECF system.


*/s/ Gloria Y. Saad*
Gloria Y. Saad